WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
wcannon@ocgas.com
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
Attorney for Defendants
Lowe's Home Centers, LLC
and Lowe's HIW, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AILI KAUPS, <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, LLC, <br> LOWE'S HIW, INC., <br> DOE MAINTENANCE EMPLOYEE, <br> DOE EMPLOYEE, DOE JANITORIAL <br> EMPLOYEE, DOE OWNER, I-V, <br> ROE OWNERS, ROE EMPLOYER, <br> ROE COMPANY <br> and ROE COMPANIES, I-V, <br><br> Defendants. | Case No. 2:17-cv-02059-JCM-CWH |

## STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF
### (Third Request)

COMES NOW, Plaintiff, AILI KAUPS, by and through her attorney, JACQUELINE R. BRETELL, ESQ., of BIGHORN LAW, and Defendant, LOWE'S HOME CENTERS, LLC and LOWE'S HIW, INC., by and through its attorney, WALTER R. CANNON, ESQ., of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, and hereby stipulate, agree and make this joint application to extend the discovery cutoff date, for a period of seventy-seven (77) days, from July 23, 2018, to and including October 8, 2018. This Stipulation is made and based upon the following facts and for the following reasons:

. . .

## I. INTRODUCTION

This action arises out of an alleged incident that occurred on April 10, 2015 in the parking lot area of the Lowe's store located at 9955 South Eastern Avenue, Las Vegas, Nevada, 89183. In her Complaint, Plaintiff alleges that she slipped and fell over a rock, pine cone, or a crack in the parking lot as she was walking to her vehicle, causing her to fall to the ground and injure herself. Further, Plaintiff alleges general complaints of pain in her cervical and lumbar areas, a non-displaced fracture in her right knee and left ankle, and a partially torn rotator cuff which required orthoscopic surgery to repair. Defendant's Answer denies fault for the accident and affirmatively alleges that Plaintiff's claimed injuries were not all related to the fall that she has alleged to have experienced.

## II. DISCOVERY COMPLETED TO DATE

1. On July 28, 2017, Defendants filed a Petition for Removal of Civil Action.

2. On August 11, 2017, Defendant filed a Compliance with Court Order Concerning Removal.

3. On August 28, 2017, the parties filed a Joint Status Report Concerning Removal.

4. On October 10, 2017, the parties submitted a proposed Discovery Plan and Scheduling Order to the Court.

5. On October 12, 2017, this Honorable Court granted the Discovery Plan and Scheduling Order.

6. On October 16, 2017, Defendants served Interrogatories and Request for Production upon the Plaintiff.

7. On October 26, 2017, Plaintiff served Interrogatories, Request for Production of Documents, and Requests for Admissions upon Defendants.

8. On December 8, 2017, Plaintiff served Responses to Defendant's First Set of Requests for Production of Documents upon Defendants.

9. On December 8, 2017, Plaintiff served Responses to Defendant's Interrogatories upon Defendants.

. . .

10. On January 3, 2018, Defendant served Responses to Requests for Admissions upon Plaintiff.

11. On January 30, 2018, Defendant served Answers to Interrogatories and Response to Request for Production upon Plaintiff.

12. On May 8, 2018, Plaintiff noticed a FRCP 34 Inspection for May 22, 2018, however, that inspection is in the process of being rescheduled.

13. The parties continue in their attempts to obtain a complete set of medical and billing records on the Plaintiff. Unfortunately, the process continues at this point, given the doctor's use of outside third parties in responding to such requests.

14. The parties have tentatively scheduled and subsequently cancelled at least three depositions given the problems associated in obtaining a complete set of medical and billing records on the Plaintiff.

## III. DISCOVERY REMAINING

The parties still need to take at least eight to nine depositions, including a PMK of Defendant's representative, Plaintiff, two to three depositions of Defendant's former employees, and at least three of Plaintiff's treating doctors. The deposition of the PMK is presently in the process of being scheduled. The depositions of Defendant's three former employees have been delayed as Defendant is still attempting to locate these ex-employees so their depositions can be scheduled.

Given the number of depositions that remain to be taken, the parties do not believe that they can complete their discovery by the current July 23, 2018 discovery cutoff date.

## IV. REASON DISCOVERY REMAINING WAS NOT CONDUCTED DURING THE SCHEDULED DISCOVERY PERIOD

As indicated in the parties last Stipulation to Continue Discovery, they are having difficulty in obtaining a complete set of medical and billing records from local hospitals and Plaintiff's treating physicians. This process, which used to take approximately 45 to 60 days to complete, has now taken much longer given the doctor's and hospitals use of outside service companies to respond to medical record requests. The parties anticipate having all of Plaintiff's

medical and billing records within the next 30 days and then should be in a position to begin their deposition discovery. Additionally, three of Defendant's employees who interacted with Plaintiff on the date of the accident in question have now left Defendant's employ. Defendant is attempting to locate these individuals and hopes to have them available for deposition within the next 60 days. Finally, Defendant anticipate taking the depositions of at least three of Plaintiff's treating physicians and will do so once all of the medical records have been received.

## V. PRIOR REQUEST TO EXTEND THE DISCOVERY CUTOFF DATE

This is the parties third request to extend the discovery cutoff date and it is made in good faith and not merely for the purposes of delay. The parties believe that, if the Court were to grant the extension they are seeking, they should be able to gather the remaining medical records and take all of the depositions necessary in order to properly prepare this case for trial and/or mediation.

Based upon this Stipulation and for the reasons set forth herein, the parties would respectfully request that the Court extend the present discovery cutoff date for a period of seventy-seven (77) days, from July 23, 2018 through October 8, 2018.

DATED this 6th day of June, 2018.

BIGHORN LAW

BY: /s/ Siria L. Gutierrez
JACQUELINE R. BRETELL, ESQ.
Nevada Bar No. 12335
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorneys for Plaintiff

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY: /s/ Walter R. Cannon
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants

## ORDER

Based upon the Joint Stipulation of the parties and good cause appearing therefrom, it is hereby ORDERED:

. . .

1. That the current discovery cutoff date be extended for a period of seventy-seven (77) days, through and including October 8, 2018.
2. That the disclosure of experts shall occur on August 9, 2018.
3. The Interim Status Report shall be filed by August 9, 2018.
4. That the disclosure of rebuttal experts shall occur on September 10, 2018.
5. That all dispositive motions shall be served and filed not later than November 7, 2018.
6. That the parties Joint Pretrial Order shall be filed with the Court no later than December 7, 2018, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision of the dispositive motions or further Order of the Court.
7. No trial date has of yet been set.

DATED: July 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

BIGHORN LAW

BY: /s/ Siria L. Gutierrez
JACQUELINE R. BRETELL, ESQ.
Nevada Bar No. 12335
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorneys for Plaintiff

Date: June 6, 2018

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

BY: /s/ Walter R. Cannon
WALTER R. CANNON, ESQ.
Nevada Bar No. 1505
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants

Date: June 6, 2018